NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELIJAH CAPEHART,                          )
                                          )
      Appellant,                      )
                                          )
v.                                        )          Case No. 2D18-2708
                                          )
STATE OF FLORIDA,                         )
                                          )
      Appellee.                       )
_____)

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.